**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARREL WARMSLEY, | 2:07-cv-0812-LDG-LRL |
| Plaintiff, | |
| v. | **ORDER** |
| AESCULAP IMPLANT SYSTEMS, INC. | |
| Defendant. | |

Whereas the parties have reached a tentative settlement in this case and are awaiting approval of the settlement agreement by Medicare,

THE COURT HEREBY ORDERS that the pending motions in this case (#106, #117, #121, and #122) are DENIED without prejudice to their reinstatement if settlement is not eventually reached.

DATED this 15th day of September, 2010.

_____
Lloyd D. George
United States District Judge